**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| MYRON N. CRISDON,<br><br>Plaintiff,<br><br>v.<br><br>NORTH GATE I, *et al.*,<br><br>Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 24-11537 (KMW-SAK)<br><br>**MEMORANDUM OPINION AND ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiff Myron N. Crisdon's "Appellant's Opening Brief" (ECF No. 35), Motion for Recusal (ECF No. 33), and Motion to Expedite Proceedings (ECF No. 34) filed on July 14, 2025, following this Court's Memorandum Opinion and Order dated July 11, 2025 (ECF No. 32) denying Plaintiff's Motion for Reconsideration (ECF No. 18) and prior Request for Recusal (ECF No. 19); and

**WHEREAS**, Plaintiff also filed a Notice of Appeal on April 24, 2025 (ECF No. 28), indicating that he was seeking to file an IFP Application to appeal to the Court of Appeals for the Third Circuit, following this Court dismissing Plaintiff's Amended Complaint in its entirety with prejudice (ECF No. 17); and

**WHEREAS**, the United States Court of Appeals for the Third Circuit provides its own affidavit for permission to file an appeal *in forma pauperis*[1]; and

---

[1] The forms for *pro se* litigants can be found at https://www.ca3.uscourts.gov/forms-0. This includes the Court of Appeals for the Third Circuit's *In Forma Pauperis* Affidavit, as well as informational instructions for pro se litigants to navigate the appeals process.

**WHEREAS**, the Court of Appeals for the Third Circuit's Clerk's Office is the entity responsible for advising *pro se* litigants as to whether a motion for *in forma pauperis* status is needed and how it is to be processed; *see* Information for Pro Se Litigants, UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT, https://www.ca3.uscourts.gov/forms-0; and

**WHEREAS**, Plaintiff's purported appellate brief "requests that the Court of Appeals review the errors in the district court's rulings," (ECF No. 35); and

**WHEREAS**, "[d]ismissals end all proceedings, at which time the district court relinquishes any jurisdiction over the matter," *Papotto v. Hartford Life & Acc. Ins. Co.*, 731 F.3d 265, 275 (3d Cir. 2013); and

**WHEREAS**, the Court of Appeals for the Third Circuit has jurisdiction of appeals from all final decisions of this Court, *see* 28 U.S.C. § 1291; and

**WHEREAS**, it is this Court's understanding that Plaintiff is seeking to further his appeal of a final decision of this Court;

**IT IS HEREBY** on this 22nd day of July, 2025,

**ORDERED** that Plaintiff's "Appellant's Opening Brief" (ECF No. 35) be **DENIED**; and

**ORDERED** that Plaintiff's Motion for Recusal (ECF No. 33) be **DENIED** for the reasons set forth in this Court's Memorandum Opinion and Order dated July 11, 2025 (ECF No. 32); and

**ORDERED** that Plaintiff's Motion to Expedite Proceedings (ECF No. 34) be **DENIED as moot**; and

**ORDERED** that the Clerk of Court shall serve a copy of this Order upon Plaintiff by regular U.S. mail.

KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE